UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>VADIM PARYGIN,<br>　　　　　　　Defendant,<br>　　v.<br>INDUSTRIAL PIPE AND VALVE, INC.,<br>　　　　　　　Garnishee. | Case No. MC21-0121RSL<br><br>ORDER TO ISSUE WRIT OF<br>CONTINUING GARNISHMENT |

　　This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Vadim Parygin, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Industrial Pipe and Valve, Inc. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on December 14, 2021. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

　　Dated this 15th day of December, 2021.

　　　　　　　　　　　　　　　　*Robert S. Lasnik* (signature)
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge